**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

———————————————————————X
:
SHELDON JACKSON, on behalf of himself and  :
all others similarly situated,                            :
                                                                    :
                   Plaintiff,            : Civil Action No. 20-cv-0660
                                                                    :
vs.                                                                 : **NOTICE OF VOLUNTARY**
                                                                    : **DISMISSAL PURSUANT TO**
SOURCE RECEIVABLES MANAGEMENT   : **F.R.C.P. 41(a)(1)(A)(i)**
LIMITED LIABILITY COMPANY,                   :
                                                                    :
                 Defendant.            :
                                                                    :
————————————————————— X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with

prejudice against all defendants, and dismisses the claims on behalf of the putative class

without prejudice.

Dated:  November 3, 2020                        Respectfully submitted,

                                 By: s/ Lawrence C. Hersh
                                   Lawrence C. Hersh, Esq.
                                 *Attorney for Plaintiff*